IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINCOLN HILLS,

   Plaintiff, et al.,

    v.

ZSASIA MCCRAY
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-4169-TWT

**ORDER**

    This is a dispossessory action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding this action to the Magistrate Court of Cobb County. This action was wrongfully removed and the Court lacks subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

    SO ORDERED, this 16 day of May, 2014.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge

T:\ORDERS\13\Lincoln Hills\r&r.wpd